UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTMARK EMERALD POINTE LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURIEN, a Washington municipal corporation,<br><br>Defendant. | NO. 2:19-cv-01821-RSM<br><br>STIPULATED MOTION AND ORDER MODIFYING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT |

I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree to the following dates, modifying the existing dates set forth in Dkt. 8:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 12/18/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/17/2020 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 1/17/2020 |

These dates have been discussed and agreed upon by counsel for the parties. The modification requested in this stipulation is based on good cause, including the availability of counsel and the existence of an administrative hearing scheduled to occur before the City

STIPULATED MOTION AND ORDER MODIFYING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT
NO. 2:19-cv-01821-RSM - 1

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351

of Burien Hearing Examiner on December 12, 2019.  The Court's judicial assistant was consulted in this matter and this stipulated motion has been filed accordingly.

s/Kenneth W. Harper
KENNETH W. HARPER, WSBA# 25578
Menke Jackson Beyer, LLP
807 N. 39th Avenue
Yakima, WA  98902
(509) 575-0313
kharper@mjbe.com
Attorneys for Defendant

s/Charles A. Klinge
CHARLES A. KLINGE, WSBA #26093
Stephens & Klinge, LLP
601 – 108th Ave. NE, Suite 1900
Bellevue, WA  98004
(425) 453-6206
klinge@sklegal.pro
Attorneys for Plaintiff

IT IS SO ORDERED this 6th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
MODIFYING DATES FOR INITIAL
DISCLOSURES AND JOINT STATUS REPORT
NO. 2:19-cv-01821-RSM  - 2