UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WESTMARK EMERALD POINTE LLC, a Washington limited liability company,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF BURIEN, a Washington municipal corporation,<br><br>            Defendant. | NO. 2:19-cv-01821-RSM<br><br>SECOND STIPULATED MOTION AND ORDER MODIFYING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree to the following dates, modifying the existing dates set forth in Dkt. 8 as further previously modified by stipulated order set forth in Dkt. 17:

Initial Disclosures Pursuant to FRCP 26(a)(1):          2/21/2020

Combined Joint Status Report and Discovery
Plan as Required by FRCP 26(f) and
Local Civil Rule 26(f):          2/21/2020

These dates have been discussed and agreed upon by counsel for the parties. The modification requested in this stipulation is based on good cause, including the existence of an ongoing administrative hearing before the City of Burien Hearing Examiner. The

SECOND STIPULATED MOTION AND
ORDER MODIFYING DATES FOR INITIAL
DISCLOSURES AND JOINT STATUS REPORT
NO. 2:19-cv-01821-RSM  - 1

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA  98902
Telephone (509)575-0313
Fax (509)575-0351

Court's judicial assistant was consulted in this matter and this stipulated motion has been filed accordingly.

| | |
|---|---|
| s/Kenneth W. Harper | s/Charles A. Klinge |
| KENNETH W. HARPER, WSBA# 25578 | CHARLES A. KLINGE, WSBA #26093 |
| Menke Jackson Beyer, LLP | Stephens & Klinge, LLP |
| 807 N. 39th Avenue | 601 – 108th Ave. NE, Suite 1900 |
| Yakima, WA 98902 | Bellevue, WA 98004 |
| (509) 575-0313 | (425) 453-6206 |
| kharper@mjbe.com | klinge@sklegal.pro |
| Attorneys for Defendant | Attorneys for Plaintiff |

## II. ORDER

It is so ordered.

DATED this 21 day of January 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION AND ORDER MODIFYING DATES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT NO. 2:19-cv-01821-RSM - 2

**MENKE JACKSON BEYER, LLP**
807 North 39th Avenue
Yakima, WA 98902
Telephone (509)575-0313
Fax (509)575-0351